```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
      PAUL MITCH, ET AL

                           Plaintiff(s)

         -vs-                                    06-Cv-6199T

      UNELKO CORPORATION

                           Defendant(s)
_____
```

Reginald R. Smith, Esq. and C. Brannon Robertson, Esq. have submitted to the Court evidence that they are presently members in good standing of various state and federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Reginald R. Smith, Esq. and C. Brannon Robertson, Esq. are granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Reginald R. Smith, Esq. and C. Brannon Robertson, Esq. will be admitted to practice _pro_ _hac_ _vice_ in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        June 5, 2006